In The United States District Court
Southern District Of Indiana
Indianapolis Division

Bobby Ray Long,
    Plaintiff Pro Se,

vs.

City Of Indianapolis, Indiana,
    Defendant(s).

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2019 JUN 26 PM 3:37
SOUTHERN DISTRICT
Cause No.
LAURA A. BRIGGS
CLERK

1:19-cv-2603 TWP-DML

## 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT WITH A JURY TRIAL DEMAND

This is a 42 U.S.C. § 1983 Civil Rights Complaint filed by Plaintiff Bobby Ray Long (hereinafter "Plaintiff"), pro se, claiming that Defendant City Of Indianapolis, Indiana (hereinafter "Defendant(s)") violated his right to substantive due process of law under the Fifth and Fourteenth Amendments to The United States Constitution when the Defendant(s) act in concert to not meaningfully enforce the Immigration Laws of The United States Of America to rid the city of Indianapolis, Indiana of all Illegal Immigrants (hereinafter "Illegals") all of which results in an unjustifiable intrusion by the Defendant(s) upon Plaintiff's liberties and right as a American Citizen to freely move about the city of Indianapolis, Indiana on a daily basis without fear of becoming a crime victim to one or more Illegals. The Plaintiff request a trial by jury, injunctive relief, and monetary damages.

## JURISDICTION

This is a 42 U.S.C. § 1983 Civil Rights Complaint, The Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1331.

## **PARTIES**

1. Plaintiff's name is Bobby Ray Long. He resides at 7220 East 14th Street, Indianapolis, Indiana 46219. He is proceeding pro se in this matter though he would desire a Lawyer to represent him as he is a Cancer Patient being treated at Veterans Hospital in Indianapolis, Indiana and his cancer treatments could interfere with his ability to adquately litigate this matter to the Court.

2. Plaintiff has identified the City Of Indianapolis, Indiana as the Defendant(s) in this matter; however, the actual Defendants are:

(A) Mayor Joseph Hogsett, City-County Building, 200 East Washington Street, Indianapolis, Indiana 46204;

(B) City-County Councillors Vop Osili, Monroe Gray, Zach Adams, William Oliver, Leroy Robinson, Maggie Lewis, Colleen Fanning, Christine Scales, Michael McQuillen, Jeff Coats, David Ray, Janice McHenry, Joseph Simpson, Susie Cordi, Jason Holliday, Frank Mascari, Jared Evans, Danielle Coulter, John Wesseler, and Brian Mowery, at Office Of The City-County Council, 200 East Washington Street, Indianapolis, Indiana 46204. Included with these City-County Councillors are Councillors Blake Johnson, LaKeisha Jackson, Andy Harris, and Jefferson Shreve; and

(C) Marion County Sheriff KERRY Forestal, 40 South Alabama Street, Indianapolis, Indiana46204.

3. The Defendant(s) have acted under color of State Law at all times relevant to this complaint and is sued in "whatever" legal capacity that is legally relevant and supportive of this complaint.

## STATEMENT OF THE FACTS

4. For years past and up to today Illegals cross the southern borders of the United States Of America and thousands of them have found their way to Indianapolis, Indiana where Plaintiff resides. These Illegals not only broke the Immigration Laws of The United States as they make their way to Indianapolis, Indiana, and other American Cities, many of them also commit other crimes such as murder, robbery, rape, kidnapping, human trafficking, illegal drug possession and sales, unlawful possession of firearms, theft, property damage, hit and run auto accidents, and a host of other crimes. Also, most of these Illegals do not speak nor comprehend the English Language and this has often led to a communication breakdown between Plaintiff and Illegals.

5. Plaintiff has first hand knowledge and experience of how violent and deadly many of these non-english speaking Illegals can be dating back to about May of 1987. In about May of 1987 Illegals had sexually harrassed and threatened harm to an ex-girlfriend of Plaintiff. Plaintiff confronted the Illegals yet because they could not speak fluent english there was a communication breakdown and five of the Illegals physically attacked Plaintiff sending Plaintiff to the hospital with multiple injuries to his head and body requiring staples and stitches. Plaintiff did defend himself with a Carpenter Hammer during this attack and two of the Illegals also went to the hospital for medical treatment. Indianapolis Police Officers responded to the incident and to Plaintiff's best

recollection no arrest were made nor criminal charges filed against anyone and no Illegal was deported.

6. Through the years since 1987, up to and including late May 2019, Plaintiff has had several other violent incidents with non-english speaking Illegals and during these incidents Plaintiff literally had to defend himself with a baseball bat all because of a communications breakdown between Plaintiff and the Illegals. The latest incident between Plaintiff and Illegals was late May 2019 and happened while Plaintiff was attempting to cross the street at a four way stop intersection. Three Illegals in a pickup truck sped through the four way intersection without stopping. Plaintiff yeld to the driver to slow down. The driver stopped the truck then yeld something back to Plaintiff in spanish while the passenger of the truck flashed a pistol on Plaintiff. Plaintiff simply walked away from the scene hoping he would not be shot in the back as he did so and this incident in addition to all other unfortunate incidents between Plaintif and Illegals is so much the reasons why Plaintiff fears becoming a crime victim to one or more Illegals as Plaintiff exercises his Constitutional Liberties to freely move about the City of Indianapolis, Indiana on a daily basis.

7. The Defendants possess much documentation regarding the multitude of crimes committed by Illegals and Plaintiff asserts that all of this documentation supports Plaintiff's personal knowledge of how criminally violent    Illegals are.

8. Plaintiff is a sixty (60) year old Cancer Patient being treated at Veterans Hospital in Indianapolis for his serious and rare form of cancer. His fear of becoming a crime victim to an Illegal as he freely moves about the City of Indianapolis, Indiana only adds to

Plaintiff's pains and suffering from the cancer. Furthermore, Plaintiff realizes that he can become a crime victim to an American Criminal as well as an Illegal. It is because many Illegals do not speak nor comprehend the English Language resulting in communication breakdowns that Plaintiff fears being a crime victim to an Illegal more than he does an english speaking American.

9. The Defendant(s) for years have been aware of the multitude of crimes committed by Illegals in Indianapolis, Indiana yet the Defendant(s) do not meanfully enforce the Immigration Laws of The United States Of America to rid the City of Indianapolis of all Illegals thus causing Plaintiff to live in constant fear of becoming a crime victim to one or more Illegals as Plaintiff exercises his right and liberties to move about the City of Indianapolis, Indiana on a daily basis.

10. The Defendant(s) failure to meaningfully enforce the Immigration Laws of The United States thereby allowing Illegals to live in Indianapolis, Indiana is an unjustifiable intrusion upon Plaintiff's liberty and right to freely move about the city without fear of becoming a crime victim to one or more Illegals.

## CLAIMS

11. The actions or failures of the Defendant(s) set forth in paragraphs No. 9 and 10 above violate Plaintiff's right to substantive due process of law under the Fifth and Fourteenth Amendments to The United States Constitution.

12. The Defendant(s) violated Plaintiff's Fifth and Fourteenth Amendment rights when the Defendant(s) act in concert to not meaningfully enforce the Immigration Laws of The United States of

America to rid the City of Indianapolis, Indiana of all Illegals which results in an unjustifiable intrusion by the Defendant(s) upon Plaintiff's liberties and rights as an American Citizen to freely move about the City Of Indianapolis on a daily basis without fear of becoming a crime victim to one or more Illegals.

## RELIEF REQUESTED

Wherefore, Plaintiff request the Court to grant him the following relief.

1. Issue a Declaratory Judgment that the Defendant(s) violated the Plaintiff's right to substantive due process of law under the Fifth and Fourteenth Amendments to The United States Constitution.
2. Issue and Injunction against the Defendant(s) Ordering that the Defendant(s) immediately began enforcing the Immigration Laws of The United States Of America and rid the City of Insianapolis, Indiana of all Illegal Immigrants.
3. Grant to Plaintiff compensatory damages against the Defendant(s) in the amount of ................................$25,000,000.00
4. Grant to Plaintiff punitive damages against the Defendant(s) in the amount of ....................................$25,000,000.00
5. Grant to Plaintiff all other just and proper relief in this matter.

Respectfully Submitted,

Bobby Ray Long
7220 East 14th Street
Indianapolis, Indiana 46219
(317)833-7059
Plaintiff - Pro se

Dated: June 24, 2019

-6-

## DECLARATION

I, Bobby Ray Long, hereby declare under the penalties for perjury that while the foregoing 42 U.S.C. § 1983 Civil Rights Complaint has not been notarized it's contents are true to the best of my memory, knowledge, and belief.

Dated: June 24, 2019

NOTE: Plaintiff is not a Lawyer therefore he respectfully prays the Court will liberally construe all his pleadings in this matter not holding them to the same standards as Lawyers' Pleadings see **Haines v. Kerner**, 404 U.S. 519, 92 S.Ct. 594 (1972); and **Calhoun v. DeTella**, 319 F.3d 936 (7th Cir. 2003) regarding the matter.